IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

JESSICA ALBERTSON,

      Plaintiff,

vs.

COSTCO WHOLESALE
CORPORATION, a Washington
Corporation,

      Defendant.

Case No. 4:21-CV-00012-BLW

ORDER GRANTING THE
STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE

The Parties' Stipulated Motion for Dismissal with prejudice IS HEREBY GRANTED, and the matter is dismissed with prejudice and with no right of appeal, and each side to bear its own attorney fees and costs.

DATED: April 14, 2021

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER GRANTING THE STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 1